# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 28, 2016

## NO. 03-15-00533-CV

**Leah Shike, Appellant**

**v.**

**Anthony Charles Flot, Appellee**

### APPEAL FROM 335TH DISTRICT COURT OF BASTROP COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
### REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the summary judgment signed by the district court on June 17, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's summary judgment. Therefore, the Court reverses the district court's summary judgment and remands the case to the district court for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.